HEADLEY ET AL., APPELLANTS, *v.* OHIO GOVERNMENT
RISK MANAGEMENT PLAN ET AL., APPELLEES.

[Cite as *Headley v. Ohio Govt. Risk Mgt.
Plan* (1999), 86 Ohio St.3d 64.]

(Nos. 98–856 and 98–1460—Submitted June 9, 1999—Decided July 7, 1999.)

*James W. Peters*, for appellants.

*Reminger & Reminger Co., L.P.A., Lee W. Westfall* and *John A. Burgess*, for appellee Ohio Government Risk Management Plan.

*Gottlieb, Johnston, Beam & DalPonte, P.L.L., Miles D. Fries* and *Cole J., Gerstner*, for appellee Grange Mutual Casualty Company.

The judgment of the court of appeals is reversed on the authority of *Scott–Pontzer v. Liberty Mut. Fire Ins. Co.* (1999), 85 Ohio St.3d 660, 710 N.E.2d 1116, and the judgment of the trial court is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

LUNDBERG STRATTON, J., dissenting. For the reasons set forth in my dissenting opinion in *Scott–Pontzer v. Liberty Mut. Fire Ins. Co.* (1999), 85 Ohio St.3d 660, 710 N.E.2d 1116, I dissent and would affirm the judgment of the court of appeals in this case.